# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

146711

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 146711
COA: 311795
Kalamazoo CC: 02-000435-FH

RICHARD ROY VENDEVILLE,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

h0722